THE LAW OFFICES OF DANIEL A. SINGER PLLC
630 THIRD AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 569-7853
FAX: (212) 683-8332

EMAIL: INFO@DASINGERLAW.COM
WWW.DASINGERLAW.COM

January 18, 2020

<u>By Overnight Mail</u>
The Honorable Judge Paul A. Engelmayer
United States Courthouse
40 Foley Square
New York, New York 10007

      Re:  Hello I am Elliot, Inc. v. Sine et al
          Case no. 1:19-cv-06905

Dear Judge Engelmayer:

  Pursuant to Your Honor's Individual Rules of Practice, enclosed please find two (2) courtesy copies of Defendants' fully briefed motion to dismiss Plaintiff's amended complaint in the above referenced matter (*dkt nos. 28-32; 35-37*).

          Respectfully submitted,

          Daniel A. Singer (DS 0978)

cc: Tor Bernhard Ekeland, Esq (cover only, by ECF)
   Mark Howard Jaffe, Esq (cover only, by ECF)