UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELLO I AM ELLIOT INC., <br><br> Plaintiff, <br> -v- <br><br> DEREK J. SINE, et al., <br><br> Defendants. | 19 Civ. 6905 (PAE) <br><br> <u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

The Court has received plaintiffs' motion for a preliminary injunction, Dkt. 39, and sets the following briefing schedule:

- Defendants' opposition is due February 5, 2020; and
- Plaintiffs' reply, if any, is due February 12, 2020.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: January 23, 2020
       New York, New York