UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELLO I AM ELLIOT, INC., et al.,

                          Plaintiffs,

-v-

DEREK J. SINE, et al.,

                          Defendants.

19 Civ. 6905 (PAE)

<u>ORDER</u>

---

PAUL A. ENGELMAYER, District Judge:

On July 2, 2020, the Court granted defendants' motion to dismiss and denied plaintiffs' motion for a preliminary injunction. Dkt. 51. The Court also granted plaintiffs leave to file an amended complaint within two weeks of its order, *i.e.*, July 16, 2020, and instructed plaintiffs that if they did not file an amended complaint by that date, the Court would close the case. *Id.* at 19, 31. No amended complaint has been filed to date. The Clerk of Court is thus respectfully directed to close this case.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: July 23, 2020
       New York, New York