UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HELLO I AM ELLIOT, INC., et al.,

                              Plaintiffs,

              -v-

DEREK J. SINE, et al.,

                              Defendants.

19 Civ. 6905 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' motion for attorneys' fees. Dkt. 56. The Court sets the following briefing schedule for that motion:

- Plaintiffs' opposition is due August 21, 2020; and
- Defendants' reply is due August 28, 2020.

SO ORDERED.

                                                        *Paul A. Engelmayer*
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: August 7, 2020
          New York, New York