UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELLO I AM ELLIOT, INC., et al.,

                                        Plaintiffs,                    19 Civ. 6905 (PAE)

                    -v-
                                                                       ORDER
DEREK J. SINE, et al.,

                                        Defendants.

PAUL A. ENGELMAYER, District Judge:

The Court has received defendants' motion for attorneys' fees.  Dkt. 56.  The Court sets

the following briefing schedule for that motion:

- Plaintiffs' opposition is due August 21, 2020; and

- Defendants' reply is due August 28, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated:  August 7, 2020
        New York, New York